**FILED**

03/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0508

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0508

**FILED**

MAR 3 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

B.D., a minor, by and through her parents and
guardians ad litem, JASON and KELLY DEMING
and JASON DEMING and KELLY DEMING,
Individually,

        Plaintiffs and Appellees,

  v.

MARK HIRAM DEMING,

        Defendant and Appellant.

O R D E R

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to June 1, 2020, to file and serve his reply brief.

No further extensions will be granted.

DATED this ⸮31⸮ day of March, 2020.

For the Court,

By _____
           Chief Justice